# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

1745 Broadway, 22nd Floor
New York, New York 10019
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

Brian J. Gershengorn
212.492.2503
brian.gershengorn@ogletreedeakins.com

October 9, 2014

**Via ECF**

The Honorable James Orenstein
United States Magistrate Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> RE:  *Arnaldo Fernandez, et al., v. Goya Foods, Inc., et al.,*
>      CV 13-6758 (DLI)(JO)

Dear Judge Orenstein:

We represent defendants Goya Foods Inc., Angel Colon and John Quinones in the above-referenced action.  Together with plaintiff's counsel, we write further to our September 2, 2014 letter, to inform the Court that the parties have reached an agreement in principle, and are in the process of a finalizing a Settlement Agreement and General Release.  We thank the Court for its attention to this matter.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

s/Brian J. Gershengorn

Brian J. Gershengorn

cc:    William C. Rand, Esq.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver
Detroit Metro ▪ Greenville ▪ Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis
Miami ▪ Minneapolis ▪ Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Orange County ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh
Portland ▪ Raleigh ▪ Richmond ▪ St. Louis ▪ St. Thomas ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Stamford ▪ Tampa ▪ Torrance ▪ Tucson ▪ Washington