UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ARNALDO FERNANDEZ,

          Plaintiff,

v.

GOYA FOODS, INC., ANGEL COLON, JOHN QUINONEZ, and JOHN DOES #1-10

          Defendants.

Case No. 13-cv-6758 (DLI)(JO)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by their undersigned counsel of record, hereby stipulate and agree to the dismissal of the above-captioned action in its entirety, with prejudice, and without costs.

Dated: December 8, 2014

LAW OFFICE OF WILLIAM C. RAND

By _____
William C. Rand
488 Madison Avenue, Suite 1100
New York, New York 10022
Telephone: (212) 286-1425

*Attorneys for Plaintiff*

Dated: December 8, 2014

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By _____
Brian J. Gershengorn
1745 Broadway, 22nd Floor
New York, New York 10019
Telephone: (212) 492-2500

*Attorneys for Defendants*

SO ORDERED:

Dated: Brooklyn, New York
       _____, 2014

_____
       James Orenstein
       United States Magistrate Judge

19415616.1